*E-FILED 1/10/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHROOM FAMILY PARTNERSHIP,<br><br>  Plaintiff,<br><br>  v.<br><br>BEST WESTERN INTERNATIONAL INC.,<br><br>  Defendant.<br>_____/ | No. C 08-00136 RS<br><br>**ORDER REFERRING CASE**<br>**FOR RELATED CASE DETERMINATION** |

Pursuant to Civil Local Rule 3-12(c), this action is hereby referred to the judge presiding in *Majid Mahroom, et al. v. Best Western International, Inc.*, No. C 07-02351 JF for a determination as to whether this action is related thereto within the meaning of Rule 3-12.

IT IS SO ORDERED.

Dated: January 10, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

1 **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

John C. Gorman    jgorman@gormanmiller.com

Charles Joseph Stiegler    cstiegler@gormanmiller.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: January 10, 2008

       /s/ BAK
      Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California

2