John C. Gorman, #91515
Charles J. Stiegler, #245973
GORMAN & MILLER, P.C.
210 North Fourth St., Suite 200
San Jose, CA 95112
(408) 297-2222 (phone)
(408) 297-2224 (fax)

Attorneys for Plaintiff
Mahroom Family Partnership, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHROOM FAMILY PARTNERSHIP, L.P., a California limited partnership;<br><br>          Plaintiff,<br><br>v.<br><br>BEST WESTERN INTERNATIONAL, INC., an Arizona corporation; and DOES 1 through 10, inclusive;<br><br>          Defendants. | Case No. C 08-00136 RS<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

GORMAN & MILLER, P.C.


By: _____/s/_____
JOHN C. GORMAN
Attorney for Plaintiff
Mahroom Family Partnership, L.P.