UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAHROOM FAMILY PARTNERSHIP, LP, | C 08-00136 RS |
| Plaintiff(s), | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| VS. | |
| BEST WESTERN INTERNATIONAL, INC., ET AL, Defendant(s). | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for April 30, 2008 before the Honorable Judge Richard Seeborg has been continued to **May 5, 2008@ 10:00 a.m.,** before the Honorable Judge James Ware.  Parties are to appear in courtroom #8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a Joint Case Management Statement on April 25, 2008**.**

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356 to take this matter off calendar.

Dated: January 14, 2008                    RICHARD W. WIEKING,
                                           Clerk of Court

                                           /s/_____
                                           Martha Parker Brown
                                           Deputy Clerk