**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

## January 14, 2008

**CASE NUMBER: CV 08-00136 RS**
**CASE TITLE: MAHROOM FAMILY PARTNERSHIP, L.P.-v-BEST WESTERN INTERNATIONAL, INC., ET AL.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division. Case assigned to the **Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 01/11/08

FOR THE EXECUTIVE COMMITTEE:

_____
    Richard W. Wieking
                          Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                         Entered in Computer 01/14/08 tsh


CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel                 Transferor CSA