1  Jeffrey M. Hamerling (Bar. No. 91532)
2  jeffrey.hamerling@dlapiper.com
   DLA PIPER US LLP
3  153 Townsend Street, Suite 800
4  San Francisco, CA 94107-1957
   Tel: 415.836.2500
5  Fax: 415.836.2501

6
7  Attorney for Defendant
   Best Western International, Inc.

8

9

10            IN THE UNITED STATES DISTRICT COURT

11         FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  | Mahroom Family Partnership, L.P., a | Case No. C08-00136-RS |
14  | California limited partnership; | **PROPOSED ORDER AND JOINT** |
15  |                                 | **STIPULATION TO CONTINUE** |
    |          Plaintiff,             | **THE DATE FOR THE DEFENDANT** |
16  |                                 | **TO FILE ANSWER AND** |
    |     vs.                         | **COUNTERCLAIM** |
17  |                                 | |
18  | Best Western International, Inc., an | |
19  | Arizona non-profit corporation; and | |
    | Does 1 through 10, inclusive; | |
20  |                                 | |
21  |          Defendants.            | |

22

23

24

25         Plaintiff Mahroom Family Partnership and Defendant Best Western

26  International, Inc. ("BWI") hereby stipulate and agree that BWI may have an

27

28

1  additional seven (7) days, or through and including February 27, 2008, in which to

2
3  file its first responsive pleading in this matter.

4         Dated: February 19, 2008          DLA Piper US LLP

5
6                                            By    s/
                                             Jeffery M. Hamerling (Bar. No. 91532)
7                                            jeffrey.hamerling@dlapiper.com
                                             DLA PIPER US LLP
8                                            153 Townsend Street,    Suite 800
                                             San Francisco, CA 94107-1957
9                                            Tel: 415.836.2500
                                             Fax: 415.836.2501

10                                           Attorney for Defendant
11                                           Best Western International, Inc.

12                                           And

13                                           By
                                             s/
14                                           John C. Gorman (Bar No. 91515)
                                             Charles J. Stiegler (Bar No. 245973)
15                                           GORMAN & MILLER, P.C.
                                             210 North Fourth Street, Suite 200
16                                           San Jose, CA 95112
                                             Tel: 408.297.2222
17                                           Fax: 408.297.2224

18                                           Attorneys for Plaintiff
                                             The Mahroom Family Partnership
19

20
21         Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the

22  deadline for Best Western International to file its first responsive pleading shall be

23  through and including February 27, 2008.

24

25

26
27  DATED: _____    _____
                                  United States District Court Judge

28

DLA PIPER US LLP
LOS ANGELES

-2-

[STIPULATION TO EXTEND TIME FOR BWI'S FIRST RESPONSIVE PLEADING – C08-00136-RS]