| | |
|---|---|
| Jeffrey M. Hamerling (Bar. No. 91532)<br>jeffrey.hamerling@dlapiper.com<br>DLA PIPER US LLP<br>153 Townsend Street, Suite 800<br>San Francisco, CA 94107-1957<br>Tel: 415.836.2500<br>Fax: 415.836.2501<br><br>Attorney for Defendant<br>Best Western International, Inc. | *efiled 2/26/08 |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mahroom Family Partnership, L.P., a California limited partnership;<br><br>Plaintiff,<br><br>vs.<br><br>Best Western International, Inc., an Arizona non-profit corporation; and Does 1 through 10, inclusive;<br><br>Defendants. | Case No. C08-00136-RS<sup>JF</sup><br><br>**PROPOSED ORDER AND JOINT STIPULATION TO CONTINUE THE DATE FOR THE DEFENDANT TO FILE ANSWER AND COUNTERCLAIM** |

  Plaintiff Mahroom Family Partnership and Defendant Best Western International, Inc. ("BWI") hereby stipulate and agree that BWI may have an

---

[STIPULATION TO EXTEND TIME FOR BWI'S FIRST RESPONSIVE PLEADING – C08-00136-RS]

DLA PIPER US LLP
LOS ANGELES

additional seven (7) days, or through and including February 27, 2008, in which to file its first responsive pleading in this matter.

Dated: February 19, 2008          DLA Piper US LLP

By   s/
Jeffery M. Hamerling (Bar. No. 91532)
jeffrey.hamerling@dlapiper.com
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

Attorney for Defendant
Best Western International, Inc.

And

By
s/
John C. Gorman (Bar No. 91515)
Charles J. Stiegler (Bar No. 245973)
GORMAN & MILLER, P.C.
210 North Fourth Street, Suite 200
San Jose, CA 95112
Tel: 408.297.2222
Fax: 408.297.2224

Attorneys for Plaintiff
The Mahroom Family Partnership

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the deadline for Best Western International to file its first responsive pleading shall be through and including February 27, 2008.

DATED: 2/22/08          _____
United States District Court Judge