1  Jeffrey M. Hamerling (Bar. No. 91532)
2  jeffrey.hamerling@dlapiper.com
   DLA PIPER US LLP
3  153 Townsend Street
4  Suite 800
   San Francisco, CA 94107-1957
5  Tel: 415.836.2500
6  Fax: 415.836.2501

7  Attorneys for Defendant
8  Best Western International, Inc.

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 | Mahroom Family Partnership, L.P., a | Case No. C08-00136-JF
12 | California limited partnership; | **DEFENDANT'S DEMAND FOR JURY TRIAL**
13 | Plaintiff, |
14 | vs. |
15 | Best Western International, Inc., an Arizona non-profit corporation; and
16 | Does 1 through 10, inclusive;
17 | Defendants.
18 |
19 | Best Western International, Inc., an Arizona non-profit corporation;
20 | Counterclaimant,
21 | vs.
22 | Mahroom Family Partnership, L.P., a
23 | California limited partnership; Adiba
24 | Mahroom, an individual; Majid Mahroom, an individual; Roxanne
25 | Mahroom, an individual; and Dianne
26 | Mahroom, an individual;
27 | Counterdefendants.
28

DLA PIPER US LLP
SAN FRANCISCO

DEMAND FOR JURY TRIAL – C08-00136-FJ

1  Pursuant to Fed. R. Civ. P. 38(b) and Civil L.R. 3-6, Defendant Best Western
2  International, Inc. ("BWI") hereby demands trial by jury.
3
4  Dated: February 27, 2008

By  s/Jeffrey M. Hamerling
Jeffrey M. Hamerling (Bar. No. 91532)
jeffrey.hamerling@dlapiper.com
DLA Piper US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

Attorneys for Defendant
Best Western International, Inc.

DLA PIPER US LLP
SAN FRANCISCO

-2-

DEMAND FOR JURY TRIAL – C08-00136-FJ