1  Jeffrey M. Hamerling (Bar. No. 91532)
2  jeffrey.hamerling@dlapiper.com
   DLA PIPER US LLP
3  153 Townsend Street
4  Suite 800
   San Francisco, CA 94107-1957
5  Tel: 415.836.2500
6  Fax: 415.836.2501

7  Attorneys for Defendant
8  Best Western International, Inc.

9  　　　　　　IN THE UNITED STATES DISTRICT COURT
10 　　　　　FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  Mahroom Family Partnership, L.P., a California limited partnership; | Case No. C08-00136-JF |
| 13  　　　　　Plaintiff, | |
| 14  　　vs. | **CORPORATE DISCLOSURE STATEMENT** |
| 15  Best Western International, Inc., an Arizona non-profit corporation; and Does 1 through 10, inclusive; | |
| 17  　　　　　Defendants. | |
| 18  Best Western International, Inc., an Arizona non-profit corporation; | |
| 20  　　　　　Counterclaimant, | |
| 21  　　vs. | |
| 22  Mahroom Family Partnership, L.P., a California limited partnership; Adiba Mahroom, an individual; Majid Mahroom, an individual; Roxanne Mahroom, an individual; and Dianne Mahroom, an individual; | |
| 26  　　　　　Counterdefendants. | |

27
28

1   Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Best Western
2   International, Inc. ("BWI") hereby states that BWI is a non-profit Membership
3   Arizona corporation with no parent companies and that BWI is not authorized to
4   issue stock; accordingly, no other publicly held corporation owns 10% or more of
5   BWI's outstanding stock.
6   A supplemental disclosure statement will be filed upon any change in the
7   information provided herein.
8
9   RESPECTFULLY SUBMITTED this 27th day of February, 2008.
10
11
12                                      By    s/Jeffrey M. Hamerling
13                                         Jeffrey M. Hamerling (Bar. No. 91532)
                                           jeffrey.hamerling@dlapiper.com
14                                         DLA PIPER US LLP
15                                         153 Townsend Street
                                           Suite 800
16                                         San Francisco, CA 94107-1957
17                                         Tel: 415.836.2500
                                           Fax: 415.836.2501
18
19                                         Attorney for Defendant
                                           Best Western International, Inc.
20
21
22
23
24
25
26
27
28