1 | Jeffrey M. Hamerling (Bar. No. 91532)
2 | jeffrey.hamerling@dlapiper.com
  | DLA PIPER US LLP
3 | 153 Townsend Street
4 | Suite 800
  | San Francisco, CA 94107-1957
5 | Tel: 415.836.2500
6 | Fax: 415.836.2501

7 | Attorneys for Defendant
8 | Best Western International, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Mahroom Family Partnership, L.P., a California limited partnership; | Case No. C08-00136-JF |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS** |
| Best Western International, Inc., an Arizona non-profit corporation; and Does 1 through 10, inclusive; | |
| Defendants. | |
| Best Western International, Inc., an Arizona non-profit corporation; | |
| Counterclaimant, | |
| vs. | |
| Mahroom Family Partnership, L.P., a California limited partnership; Adiba Mahroom, an individual; Majid Mahroom, an individual; Roxanne Mahroom, an individual; and Dianne Mahroom, an individual; | |
| Counterdefendants. | |

DLA PIPER US LLP
SAN FRANCISCO

-1-

DEFENDANT'S CERT OF INTERESTED PERSONS C08-00136-JF

The undersigned counsel of record for defendant, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION |
| --- | --- |
| Mahroom Family Partnership, L.P. | Plaintiff |
| Adiba Mahroom | General Partner, Counterdefendant |
| Majid Mahroom | General Partner, Counterdefendant |
| Dianne Mahroom | Limited Partner, Counterdefendant |
| Roxanne Mahroom | Limited Partner, Counterdefendant |
| Laila Mahroom | Limited Partner, Interested Party |
| The Children of Linda Mahroom | Limited Partners, Interested Parties |
| Best Western International, Inc. | Defendant |

RESPECTFULLY SUBMITTED this 27th day of February, 2008.

By   s/Jeffrey M. Hamerling
Jeffrey M. Hamerling (Bar. No. 91532)
jeffrey.hamerling@dlapiper.com
DLA PIPER US LLP
153 Townsend Street
Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

Attorney for Defendant
Best Western International, Inc.