1  Jeffrey M. Hamerling (Bar. No. 91532)
2  jeffrey.hamerling@dlapiper.com
   DLA PIPER US LLP
3  153 Townsend Street
4  Suite 800
   San Francisco, CA 94107-1957
5  Tel: 415.836.2500
6  Fax: 415.836.2501

7  Attorney for Defendant
8  Best Western International, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mahroom Family Partnership, L.P., a California limited partnership; | Case No. C08-00136-JF |
| Plaintiff, | **NOTICE OF RELATED CASES** |
| vs. | |
| Best Western International, Inc., an Arizona non-profit corporation; and Does 1 through 10, inclusive; | |
| Defendants. | |
| Best Western International, Inc., an Arizona non-profit corporation; | |
| Counterclaimant, | |
| vs. | |
| Mahroom Family Partnership, L.P., a California limited partnership; Adiba Mahroom, an individual; Majid Mahroom, an individual; Roxanne Mahroom, an individual; and Dianne Mahroom, an individual; | |
| Counterdefendants. | |

-1-

1   Defendant Best Western International, Inc. hereby notifies the Court and
2   plaintiff that pursuant to the Court's February 6, 2008, Related Case Order, this
3   action is related to *Mahroom*, *et al. v. Best Western International, Inc.*, Matter No.
4   C07-02351 JF.

5   RESPECTFULLY SUBMITTED this 27th day of February, 2008.

By   s/Jeffrey M. Hamerling
Jeffrey M. Hamerling (Bar. No. 91532)
jeffrey.hamerling@dlapiper.com
DLA PIPER US LLP
153 Townsend Street
Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

Attorney for Defendant
Best Western International, Inc.