Jeffrey M. Hamerling (Bar. No. 91532)
jeffrey.hamerling@dlapiper.com
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, California 94107
Tel: 415.836.2500
Fax: 415.836.2501

Attorney for Defendant
Best Western International, Inc.

FILED

MAR -3 AM 51

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mahroom Family Partnership L.P., a California Limited Partnership;<br><br>    Plaintiff,<br><br>vs.<br><br>Best Western International, Inc., an Arizona corporation; and Does 1 through 100, inclusive;<br><br>    Defendants. | Case No. C08-00136<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Cynthia A. Ricketts, Esq., an active member in good standing of the bar of the State of Arizona, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Best Western International, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

DLA PIPER US LLP
SAN FRANCISCO

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney is: Jeffrey M. Hamerling, an attorney with DLA PIPER US LLP, 153 Townsend Street, Suite 800, San Francisco, California 94107, 415.836.2500 (Tel).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 26, 2008        DLA Piper US LLP

_____
Cynthia A. Ricketts, Esq.

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611002696
Cashier ID: harwellt
Transaction Date: 03/03/2008
Payer Name: DLA Piper US LLP
------------------------------------
PRO HAC VICE
 For: Allison L. Harvey
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:       $210.00
PRO HAC VICE
 For: Cynthia A. Ricketts
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:       $210.00
------------------------------------
CHECK
 Check/Money Order Num: 751797
 Amt Tendered: $420.00
------------------------------------
Total Due:      $420.00
Total Tendered: $420.00
Change Amt:     $0.00

Case # 08-136-JF

For Attornies:

Allison L. Harvey

Cynthia A. Ricketts


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```