Filed MAR - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mahroom Family Partnership L.P., a California Limited Partnership;<br><br>Plaintiff,<br>vs.<br><br>Best Western International, Inc., an Arizona corporation; and Does 1 through 100, inclusive;<br><br>Defendants. | Case No. C08-00136<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Cynthia A. Ricketts, an active member in good standing of the bar of the State of Arizona, whose business address and telephone number is DLA Piper US LLP, 2415 E. Camelback Road, Suite 700, Phoenix, Arizona 85016, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Best Western International, Inc.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must

DLA PIPER US LLP
SAN FRANCISCO

1  indicate appearance *pro hac vice*. Service of papers upon and communication with
2
3  co-counsel designated in the application will constitute notice to the party.
4  Date: 3/3/08                        _____
5                                       United States District Court Judge
6
7
8
...
28

DLA PIPER US LLP
SAN FRANCISCO

-2-