Jeffrey M. Hamerling (Bar. No. 91532)
jeffrey.hamerling@dlapiper.com
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

Cynthia A. Ricketts (*pro hac vice*)
cindy.ricketts@dlapiper.com
Allison L. Harvey (*pro hac vice*)
allison.harvey@dlapiper.com
DLA PIPER US LLP
2415 East Camelback Road, Suite 700
Phoenix, Arizona  85016
Tel:  480.606.5100
Fax:  480-606-5101

Attorneys for Defendant
Best Western International, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mahroom Family Partnership, L.P., a California limited partnership;<br><br>        Plaintiff,<br><br>    vs.<br><br>Best Western International, Inc., an Arizona non-profit corporation; and Does 1 through 10, inclusive;<br><br>        Defendants. | Case No. C08-00136-JF<br><br>**REQUEST TO APPEAR TELEPHONICALLY**<br><br>Hearing Date: May 9, 2008<br>Hearing Time: 10:30 am<br>Location: Courtroom 3, 5th Floor<br><br>**(Hon. Jeremy Fogel)** |
| Best Western International, Inc., an Arizona non-profit corporation;<br><br>        Counterclaimant,<br><br>    vs. | |

Mahroom Family Partnership, L.P., a California limited partnership; Adiba Mahroom, an individual; Majid Mahroom, an individual; Roxanne Mahroom, an individual; and Dianne Mahroom, an individual;

            Counterdefendants.

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Jeffrey M. Hamerling and Cynthia A. Ricketts, counsel for defendant/counterclaimant Best Western International, Inc. ("BWI"), request to appear by telephone at the Case Management Conference, scheduled for Friday, May 9, 2008, at 10:30 a.m. before the Honorable Jeremy Fogel. As required, Mr. Hamerling and Ms. Ricketts have set up a telephonic hearing request with Court Call.

RESPECTFULLY SUBMITTED this 29th day of April, 2008.

           By    Allison L. Harvey
               Jeffery M. Hamerling (Bar. No. 91532)
               jeffrey.hamerling@dlapiper.com
               DLA PIPER US LLP
               153 Townsend Street
               Suite 800
               San Francisco, CA 94107-1957
               Tel: 415.836.2500
               Fax: 415.836.2501

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Cynthia A. Ricketts (*pro hac vice*)
cindy.ricketts@dlapiper.com
Allison L. Harvey (*pro hac vice*)
allison.harvey@dlapiper.com
DLA PIPER US LLP
2415 East Camelback Road
Suite 700
Phoenix, Arizona  85016
Tel:  480.606.5100
Fax:  480-606-5101

Attorneys for Defendant
Best Western International, Inc.

1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mahroom Family Partnership, L.P., a California limited partnership;<br><br>    Plaintiff,<br><br>  vs.<br><br>Best Western International, Inc., an Arizona non-profit corporation; and Does 1 through 10, inclusive;<br><br>    Defendants. | Case No. C08-00136-JF<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY**<br><br>**Hearing Date: May 9, 2008**<br>**Hearing Time: 10:30 am**<br>**Location: Courtroom 3, 5th Floor**<br><br>**(Hon. Jeremy Fogel)** |
| Best Western International, Inc., an Arizona non-profit corporation;<br><br>    Counterclaimant,<br><br>  vs.<br><br>Mahroom Family Partnership, L.P., a California limited partnership; Adiba Mahroom, an individual; Majid Mahroom, an individual; Roxanne Mahroom, an individual; and Dianne Mahroom, an individual;<br><br>    Counterdefendants. | |

1  Upon Best Western International, Inc.'s ("BWI") request for its counsel Mr. Jeffrey M. Hamerling and Ms. Cynthia A. Ricketts to appear telephonically at the Case Management Conference, set for Friday, May 9, 2008, at 10:30 a.m., and for good cause appearing, the Court having considered the papers submitted,

IT IS HEREBY ORDERED that BWI's request is granted and Mr. Hamerling and Ms. Ricketts may appear telephonically for the May 9, 2008 Case Management Conference.

DATED: _____    _____
                                  Hon. Judge Jeremy Fogel