IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mahroom Family Partnership, L.P., a California limited partnership;<br><br>    Plaintiff,<br><br>    vs.<br><br>Best Western International, Inc., an Arizona non-profit corporation; and Does 1 through 10, inclusive;<br><br>    Defendants. | Case No. C08-00136-JF<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY**<br><br>**Hearing Date: May 9, 2008**<br>**Hearing Time: 10:30 am**<br>**Location: Courtroom 3, 5th Floor**<br><br>**(Hon. Jeremy Fogel)** |
| Best Western International, Inc., an Arizona non-profit corporation;<br><br>    Counterclaimant,<br><br>    vs.<br><br>Mahroom Family Partnership, L.P., a California limited partnership; Adiba Mahroom, an individual; Majid Mahroom, an individual; Roxanne Mahroom, an individual; and Dianne Mahroom, an individual;<br><br>    Counterdefendants. | |

1  Upon Best Western International, Inc.'s ("BWI") request for its counsel Mr.
2  Jeffrey M. Hamerling and Ms. Cynthia A. Ricketts to appear telephonically at the
3
4  Case Management Conference, set for Friday, May 9, 2008, at 10:30 a.m., and for
5  good cause appearing, the Court having considered the papers submitted,
6
7  IT IS HEREBY ORDERED that BWI's request is granted and Mr. Hamerling
8  and Ms. Ricketts may appear telephonically for the May 9, 2008 Case Management
9  Conference.

DATED: ____5/1/08_____     _____
                                      Hon. Judge Jeremy Fogel