## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, May 9, 2008
**Case Number:** CV-08-136-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

| TITLE: | MAHROOM FAMILY PARTNERSHIP | V. BEST WESTERN INTERNATIONAL |
|---|---|---|
| | **PLAINTIFF** | **DEFENDANT** |
| | **Attorneys Present:** John Gorman | **Attorneys Present:** Cynthia Ricketts |

---

PROCEEDINGS:

Case management conference held.  Parties are present. Continued to 8/8/08 at 10:30 a.m. for further case management conference.