Jeffrey M. Hamerling (Bar. No. 91532)
jeffrey.hamerling@dlapiper.com
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

Cynthia A. Ricketts (*pro hac vice*)
cindy.ricketts@dlapiper.com
Allison L. Harvey (*pro hac vice*)
allison.harvey@dlapiper.com
DLA PIPER US LLP
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Tel: 480.606.5100
Fax: 480-606-5101

Attorneys for Defendant
Best Western International, Inc.

John C. Gorman (Bar No. 91515)
Charles J. Stiegler (Bar No. 245973)
GORMAN & MILLER, P.C.
210 North Fourth Street, Suite 200
San Jose, CA 95112
Tel: 408.297.2222
Fax: 408.297.2224

Attorneys for Plaintiff/Counterdefendants
Mahroom Family Partnership, L.P., Adiba Mahroom, Majid Mahroom, Roxanne Mahroom, and Dianne Mahroom

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mahroom Family Partnership, L.P., a California limited partnership;<br><br>    Plaintiff,<br><br>  vs.<br><br>Best Western International, Inc., an Arizona non-profit corporation; and Does 1 through 10, inclusive;<br><br>    Defendants. | Case No. C08-00136-JF<br><br>**JOINT STIPULATION TO EXTEND THE TIME TO FILE A CASE MANAGEMENT STATEMENT FOR 90 DAYS AND PROPOSED ORDER** |
| Best Western International, Inc., an Arizona non-profit corporation;<br><br>    Counterclaimant,<br><br>  vs.<br><br>Mahroom Family Partnership, L.P., a | |

1  California limited partnership; Adiba
2  Mahroom, an individual; Majid
3  Mahroom, an individual; Roxanne
   Mahroom, an individual; and Dianne
4  Mahroom, an individual;
5                Counterdefendants.

6      Plaintiff/counterdefendants Mahroom Family Partnership, L.P., Adiba
7  Mahroom, Majid Mahroom, Roxanne Mahroom, and Dianne Mahroom, and
8
9  Defendant Best Western International, Inc. hereby stipulate and agree to extend the
10 time for the parties to file a Case Management Statement for ninety (90) days, or
11
12 until October 27, 2008.  The parties request this extension to permit them additional
13 time to pursue and focus on the case entitled *Mahroom, et al. v. Best Western*
14 *International, Inc.*, Case No. 5:07-cv-2351-JF, currently pending before this Court.
15
16     RESPECTFULLY SUBMITTED this 25th day of July, 2008.
17
18
19                        By   s/Allison L. Harvey
                             Jeffery M. Hamerling (Bar. No. 91532)
20                           jeffrey.hamerling@dlapiper.com
                             DLA PIPER US LLP
21                           153 Townsend Street
22                           Suite 800
                             San Francisco, CA 94107-1957
23                           Tel: 415.836.2500
24                           Fax: 415.836.2501
25
26
27
28                                -2-

D LA P IPER US LLP
S AN F RANCISCO

STIPULATION TO EXTEND – C08-00136

|   |   |
|---|---|
| 1 | Cynthia A. Ricketts (*pro hac vice*) |
| 2 | cindy.ricketts@dlapiper.com |
|   | Allison L. Harvey (*pro hac vice*) |
| 3 | allison.harvey@dlapiper.com |
| 4 | DLA PIPER US LLP |
|   | 2415 East Camelback Road |
| 5 | Suite 700 |
| 6 | Phoenix, Arizona  85016 |
|   | Tel:  480.606.5100 |
| 7 | Fax:  480-606-5101 |

Attorneys for Defendant
Best Western International, Inc.

and

By  /s/ Charles J. Stiegler
    John C. Gorman (Bar No. 91515)
    Charles J. Stiegler (Bar No. 245973)
    GORMAN & MILLER, P.C.
    210 North Fourth Street, Suite 200
    San Jose, CA 95112
    Tel: 408.297.2222
    Fax: 408.297.2224

Attorneys for Plaintiff/Counterdefendant
Mahroom Family Partnership, L.P.
and Counterdefendants Adiba Mahroom,
Majid Mahroom, Roxanne Mahroom, and
Dianne Mahroom

    Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the deadline for the parties to file a Case Management Statement is set for October 27, 2008.

DATED: _____  _____
                                          United States District Court Judge