UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAHROOM FAMILY PARTNERSHIP,<br>            Plaintiff,<br>V.<br>BEST WESTERN INTERNATIONAL,<br>            Defendant. | Case Number CV-08-136-JF<br><br>Case Management Conference<br><br>November 7, 2008<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The Case Management Conference set on August 8, 2008 is continued to November 7, 2008 at 10:30 a.m. before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

August 5, 2008
                                                            For the Court
                                                            Richard W. Wieking, Clerk

                                                            By:   /s/
                                                            Diana Munz
                                                            Courtroom Deputy Clerk