Jeffrey M. Hamerling (Bar. No. 91532)
jeffrey.hamerling@dlapiper.com
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

Cynthia A. Ricketts (*pro hac vice*)
cindy.ricketts@dlapiper.com
Allison L. Harvey (*pro hac vice*)
allison.harvey@dlapiper.com
DLA PIPER US LLP
2415 East Camelback Road, Suite 700
Phoenix, Arizona  85016
Tel:  480.606.5100
Fax:  480-606-5101

Attorneys for Defendant
Best Western International, Inc.

John C. Gorman (Bar No. 91515)
Charles J. Stiegler (Bar No. 245973)
GORMAN & MILLER, P.C.
210 North Fourth Street, Suite 200
San Jose, CA  95112
Tel: 408.297.2222
Fax: 408.297.2224

Attorneys for
Plaintiff/Counterdefendants
Mahroom Family Partnership, L.P.,
Adiba Mahroom, Majid Mahroom,
Roxanne Mahroom, and Dianne
Mahroom

\*\*E-Filed 5/6/09\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mahroom Family Partnership, L.P., a California limited partnership;<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Best Western International, Inc., an Arizona non-profit corporation; and Does 1 through 10, inclusive;<br><br>　　　　　Defendants.<br><br>Best Western International, Inc., an Arizona non-profit corporation;<br><br>　　　　　Counterclaimant,<br><br>　vs.<br><br>Mahroom Family Partnership, L.P., a | Case No. C08-00136-JF<br>ORDER APPROVING<br>**JOINT STIPULATION TO EXTEND ALL DEADLINES IN THIS MATTER AND REQUEST FOR PROPOSED CASE MANAGEMENT CONFERENCE; PROPOSED ORDER THEREON** |

| | |
|---|---|
| 1 | California limited partnership; Adiba Mahroom, an individual; Majid Mahroom, an individual; Roxanne Mahroom, an individual; and Dianne Mahroom, an individual; |
| 2 | |
| 3 | |
| 4 | |
| 5 | Counterdefendants. |

Plaintiff/Counterdefendants Mahroom Family Partnership, L.P., Adiba Mahroom, Majid Mahroom, Roxanne Mahroom, and Dianne Mahroom, and Defendant Best Western International, Inc. hereby stipulate and agree to extend all deadlines in this matter for sixty (60) days.  The parties also stipulate and agree to extend the Case Management Conference, currently set for Friday, May 8, 2009, for sixty (60) days.

RESPECTFULLY SUBMITTED this 5th day of May, 2009.

By   s/Allison L. Harvey
Jeffery M. Hamerling (Bar. No. 91532)
jeffrey.hamerling@dlapiper.com
DLA PIPER US LLP
153 Townsend Street
Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

1  Cynthia A. Ricketts (*pro hac vice*)
2  cindy.ricketts@dlapiper.com
   Allison L. Harvey (*pro hac vice*)
3  allison.harvey@dlapiper.com
   DLA PIPER US LLP
4  2415 East Camelback Road
5  Suite 700
   Phoenix, Arizona  85016
6  Tel:  480.606.5100
7  Fax:  480-606-5101

8  Attorneys for Defendant
9  Best Western International, Inc.

10 and

11 By  /s/ Charles J. Stiegler
       John C. Gorman (Bar No. 91515)
12     Charles J. Stiegler (Bar No. 245973)
       GORMAN & MILLER, P.C.
13     210 North Fourth Street, Suite 200
       San Jose, CA 95112
14     Tel: 408.297.2222
       Fax: 408.297.2224
15
   Attorneys for Plaintiff/Counterdefendant
16 Mahroom Family Partnership, L.P.
   and Counterdefendants Adiba Mahroom,
17 Majid Mahroom, Roxanne Mahroom, and
   Dianne Mahroom
18

19

20     Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that all
21
   deadlines for this matter be continued for sixty (60) days and hereby sets a Case
22
   Management Conference for _____July 10_____, 2009, at
23
24 __10:30__ _a_.m.
25
26 DATED: __5/6/09_____              _____
                                         United States District Court Judge
27
                                        -3-
28