**E-Filed 7/9/2009**

John C. Gorman, #91515
Charles J. Stiegler, #245973
GORMAN & MILLER, P.C.
210 North Fourth Street
Suite 200
San Jose, CA 95112
(408) 297-2222 (phone)
(408) 297-2224 (fax)

Attorneys for
Plaintiff/Counterdefendants
Mahroom Family Partnership, LP

Jeffrey M. Hamerling, #91532
jeffrey.hamerling@dlapiper.com
DLA PIPER US LLP
153 Townsend Street
Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

Cynthia A. Ricketts(pro hac vice)
Allison L. Kierman (pro hac vice)
DLA PIPER US, LLP
2415 East Camelback Road
Suite 700
Phoenix, Arizona  85016
Tel:  480.606.5100
Fax:  480-606-5101

Attorneys for Defendant/
Counterclaimant Best Western
International, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHROOM FAMILY PARTNERSHIP, LP, a California limited partnership;<br><br>                              Plaintiff,<br><br>vs.<br><br>BEST WESTERN INTERNATIONAL, INC., an Arizona corporation; and DOES 1 through 10, inclusive;<br><br>                              Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C08-00136 JF<br><br>STIPULATION RE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON<br><br>Date:   July 10, 2009<br>Time:   10:30 a.m.<br>Place:  Courtroom 3, 5th Floor<br><br>Hon. Jeremy Fogel |

        Plaintiff/counterdefendant Mahroom Family Partnership, LP,

("Mahrooms") and defendant/counterclaimant Best Western

1   International, Inc. ("BWI"), by their respective attorneys, hereby

2   stipulate as follows:

3        Whereas, trial in the related case of <u>Mahroom v. Best Western</u>

4   <u>International, Inc.</u>, Case No. C 07-2351 JF (HRL), was recently

5   conducted and a decision in that matter has not been made;

6        Whereas, the court's resolution of issues in Case No. C 07-2351

7   will likely impact the disposition of this case;

8        Whereas, plaintiffs' counsel, John Gorman, is scheduled to be

9   out of the office on July 10, 2009 for medical reasons and unable to

10  attend a CMC on that date

11       IT IS STIPULATED AND AGREED THAT the court not require filing

12  of a written Case Management Conference Statement until a ruling is

13  made in Case No. C 07-2351 JF (HRL), and that the parties appear in
                                              August 14
14  person or telephonically before the court on ~~July 31~~, 2009 to

15  discuss the status of this case.

16

17                                  GORMAN & MILLER, P.C.

18

19                              By:_____/s/_____
                                   John C. Gorman
20                                 Attorneys for Plaintiff/
                                   Counterdefendants Mahroom Family
21                                 Partnership, LP

22

23                                  DLA PIPER US, LLP

24                              By:_____/s/_____
                                   Cynthia A. Ricketts
25                                 Attorneys for
                                   Defendant/Counterclaimant
26                                 Best Western International, Inc.

27

28

1

<u>ORDER</u>

2

    IT IS SO ORDERED.

3

4

5

DATED:_____July 8, 2009_____, 2009

6

7

8

_____
HON. JEREMY FOGEL
United States District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28