John C. Gorman, #91515
Charles J. Stiegler, #245973
GORMAN & MILLER, P.C.
210 North Fourth Street
Suite 200
San Jose, CA 95112
(408) 297-2222 (phone)
(408) 297-2224 (fax)

Attorneys for
Plaintiff/Counterdefendants
Mahroom Family Partnership, LP

Jeffrey M. Hamerling, #91532
jeffrey.hamerling@dlapiper.com
DLA PIPER US LLP
153 Townsend Street
Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

Cynthia A. Ricketts(pro hac vice)
Allison L. Kierman (pro hac vice)
DLA PIPER US, LLP
2415 East Camelback Road
Suite 700
Phoenix, Arizona   85016
Tel:   480.606.5100
Fax:   480-606-5101

Attorneys for Defendant/
Counterclaimant Best Western
International, Inc.

**E-Filed 10/7/2009**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHROOM FAMILY PARTNERSHIP, LP, a California limited partnership;<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BEST WESTERN INTERNATIONAL, INC., an Arizona corporation; and DOES 1 through 10, inclusive;<br><br>　　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C08-00136 JF<br><br>STIPULATION RE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON<br><br>Date:　Oct. 30, 2009<br>Time:　10:30 a.m.<br>Place:　Courtroom 3, 5th Floor<br><br>Hon. Jeremy Fogel |

1     WHEREAS, a trial in the related case of <u>Mahroom v. Best Western
2 International, Inc.</u>, Case No. C 07-2351 JF (HRL), has been
3 conducted and a memorandum of intended decision has been issued but
4 the parties are still engaged in the process of filing post-trial
5 submissions and a final decision in that matter has not been made;
6 and
7     WHEREAS, the parties are interested in exploring possible
8 settlement options and have requested a referral to Magistrate
9 Bernard Zimmerman for purposes of trying to schedule a settlement
10 conference sometime between October 30, 2009 and November 19, 2009;
11
12     IT IS STIPULATED, by and between plaintiff/counterdefendant
13 Mahroom Family Partnership, LP and defendant/counterclaimant Best
14 Western International, Inc. ("BWI"), by their respective attorneys,
15 that:
16     1.   The parties are referred to Magistrate Judge Zimmerman for
17 a settlement conference and shall endeavor to schedule such a
18 settlement conference consistent with Magistrate Judge Zimmerman's
19 and the respective schedules of the parties and their counsel.  This
20 settlement conference shall attempt to resolve the parties' disputes
21 as they relate to both this action and to the case of <u>Mahroom v.
22 Best Western International, Inc.</u>, Case No. C 07-2351 JF (HRL);
23     2.   The court shall not require the filing of a written Case
24 Management Conference Statement until after the parties have had a
25 chance to participate in a settlement conference before Magistrate
26 Judge Zimmerman and, if that is not successful, then after a final
27 ruling is made in Case No. C 07-2351 JF (HRL); and
28     3.   The parties shall appear in person or telephonically

before the court on November 20, 2009 to discuss the status of this case.

```
                              GORMAN & MILLER, P.C.


                              By:_____/s/_____
                                 John C. Gorman
                                 Attorneys for Plaintiff/
                                 Counterdefendants Mahroom Family
                                 Partnership, LP



                              DLA PIPER US, LLP


                              By:_____/s/_____
                                 Jeffrey M. Hamerling
                                 Attorneys for
                                 Defendant/Counterclaimant
                                 Best Western International, Inc.
```

ORDER

IT IS SO ORDERED.

DATED: 10/7/2009 , 2009

_____
HON. JEREMY FOGEL
United States District Court