John C. Gorman, #91515
GORMAN & MILLER, P.C.
210 North Fourth Street
Suite 200
San Jose, CA 95112
(408) 297-2222 (phone)
(408) 297-2224 (fax)

Attorneys for Plaintiff/Counterdefendants
Mahroom Family Partnership, LP

Jeffrey M. Hamerling, #91532
ARCHER NORRIS
2033 North Main Street
Suite 800
Walnut Creek, CA 94596
(925) 930-6600 (phone)
(925) 930-6620 (fax)

Cynthia A. Ricketts (pro hac vice)
Allison L. Kierman (pro hac vice)
DLA PIPER US, LLP
2415 East Camelback Road
Suite 700
Phoenix, Arizona 85016
Tel: 480.606.5100
Fax: 480-606-5101

Attorneys for Defendant/Counterclaimant Best Western International, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHROOM FAMILY PARTNERSHIP, LP, a California limited partnership;<br><br>Plaintiff,<br><br>vs.<br><br>BEST WESTERN INTERNATIONAL, INC., an Arizona corporation; and DOES 1 through 10, inclusive;<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C08-00136 JF (HRL)<br><br>STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON<br><br>Date:  Nov. 20, 2009<br>Time:  10:30 a.m.<br>Place: Courtroom 3, 5th Floor<br><br>Hon. Jeremy Fogel |

WHEREAS, a trial in the related case of <u>Mahroom v. Best Western International, Inc.</u>, Case No. C 07-2351 JF (HRL), has been

1  conducted and a memorandum of intended decision has been issued but
2  the parties are still engaged in the process of filing post-trial
3  submissions and a final judgment in that matter has not been
4  issued; and
5      WHEREAS, the parties are interested in exploring possible
6  settlement options and have been referred to Magistrate Bernard
7  Zimmerman for a settlement conference that is scheduled for November
8  20, 2009, which is the same date as the Case Management Conference
9  scheduled in this case;
10     IT IS STIPULATED, by and between plaintiff/counterdefendant
11 Mahroom Family Partnership, LP and defendant/counterclaimant Best
12 Western International, Inc. ("BWI"), by their respective attorneys,
13 that:
14     1.   The Case Management Conference should be continued from
15 November 20, 2009 until January 8, 2010;
16     2.   The court should not require the filing of a written Case
17 Management Conference Statement until after the parties have had a
18 chance to participate in a settlement conference before Magistrate
19 Judge Zimmerman and, if that is not successful, then after a final
20 ruling is made in Case No. C 07-2351 JF (HRL); and
21     3.   The parties may appear in person or telephonically before
22 the court at the next Case Management Conference.

                                    GORMAN & MILLER, P.C.


                                    By:_____/s/_____
                                       John C. Gorman
                                       Attorneys for Plaintiff/
                                       Counterdefendants Mahroom Family
                                       Partnership, LP

ARCHER NORRIS

By: /s/
Jeffrey M. Hamerling
Attorneys for
Defendant/Counterclaimant
Best Western International, Inc.

ORDER

IT IS SO ORDERED.

DATED: 11/19, 2009

HON. JEREMY FOGEL
United States District Judge