**E-Filed 11/4/2010**

Jonathan Solish, California Bar No. 67609
Glenn J. Plattner, California Bar No. 137454
Shelly C. Gopaul, California Bar No. 246382
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:  (310) 576-2100
Facsimile:  (310) 576-2200
E-mail: jonathan.solish@bryancave.com
         glenn.plattner@bryancave.com
         shelly.gopaul@bryancave.com

Attorneys for Plaintiffs and Counterdefendants
Mahroom Family Partnership, L.P., Adiba Mahroom,
Majid Mahroom, Roxanne Mahroom,
Dianne Mahroom and Laila Mahroom

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHROOM FAMILY PARTNERSHIP, L.P., a California limited partnership,<br><br>         Plaintiff,<br><br>   v.<br><br>BEST WESTERN INTERNATIONAL, INC., an Arizona corporation; and DOES 1 through 10, inclusive,<br><br>         Defendants.<br><br>BEST WESTERN INTERNATIONAL, INC., an Arizona non-profit corporation,<br><br>         Counterclaimant,<br><br>   v.<br><br>MAHROOM FAMILY PARTNERSHIP, L.P., a California limited partnership; ADIBA MAHROOM, an individual; MAJID MAHROOM, an individual; ROXANNE MAHROOM, an individual; and DIANNE MAHROOM, an individual,<br><br>         Counterdefendants. | Case No. C08-00136-JF<br><br>[Hon. Jeremy Fogel]<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY**<br><br>DATE:   November 5, 2010<br>TIME:   3:00 P.M.<br>CTRM:   3 |

0312644/809389

Upon Plaintiffs and Counterdefendants Mahroom Family Partnership, L.P., Adiba Mahroom, Majid Mahroom, Roxanne Mahroom, Dianne Mahroom and Laila Mahroom's request for their counsel, Ms. Shelly C. Gopaul, to appear telephonically at the Case Management Conference, set for Friday, November 5, 2010, at 3:00 pm, and for good cause appearing, the Court having considered the papers submitted,

IT IS HEREBY ORDERED that Plaintiff's request is granted and Ms. Gopaul may appear telephonically for the November 5, 2010 Case Management Conference.

DATED: 11/4/2010

_____
Hon. Judge Jeremy Fogel
United States District Court Judge

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, California 90401. My email address is jcchiri@bryancave.com

On November 2, 2010, I served the following document, described as**: [PROPOSED] ORDER RE REQUEST TO APPEAR TELEPHONICALLY,** on the interested parties in this action, as follows:

| | |
|---|---|
| Cynthia A. Rickets, Esq.<br>Alison L. Kierman, Esq.<br>DLA Piper LLP<br>2525 East Camelback Road, Suite 1000<br>Phoenix, AZ 85016<br>Tel: (480) 606-5100<br>Fax: (480) 606-5101<br>E-Mail: cindy.ricketts@dlapiper.com<br>         allison.kierman@dlapiper.com | *Attorneys for Defendant*<br>Best Western International, Inc. |
| Jeffrey M. Hamerling, Esq.<br>Archer Norris<br>2033 N. Main Street, Suite 800<br>Walnut Creek, CA 94596<br>Tel: (925) 930-6600<br>Fax: (925) 930-6620<br>E-Mail: jhamerling@archernorris.com | *Attorneys for Defendant*<br>Best Western International, Inc. |

☐   **(BY U.S. MAIL)** I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☒   **(BY CM/ECF)** The document was served via The United States District Court –Northern District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing (NEF) upon the parties, the assigned judge and any registered user in the case. Each transmission was reported as complete and without error.

Executed on Novmeber 2, 2010, at Santa Monica, California.

☒   (**FEDERAL ONLY**) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

                              */s/ Judith C. Chiri*
                              Judith C. Chiri

0312644/809389

PROOF OF SERVICE